

# Fourth Court of Appeals
## San Antonio, Texas

November 27, 2024

No. 04-24-00543-CV

**IN RE HOME DEPOT U.S.A., INC.** and Terry Lee Donelson

Original Mandamus Proceeding[1]

**ORDER**

On August 13, 2024, Relators filed a petition for writ of mandamus challenging the trial court's April 30, 2024 order granting Real Party in Interest's motion and ordering a new trial. Subsequently, Real Party in Interest and Respondent filed separate responses.

Having considered the petition, responses, and record, we conclude the trial court clearly abused its discretion in ordering a new trial. Accordingly, we conditionally grant Relators' petition for writ of mandamus. We order the trial court to vacate its April 30, 2024 order within ten days of the date of this order. After it does so, our order staying a new trial will be moot. We are confident the trial court will promptly comply; our writ will issue only if it does not.

It is so **ORDERED** on November 27, 2024.

_Lori Massey Brissette, Justice_

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of November, 2024.

_Luz Estrada, Chief Deputy Clerk_

---

[1] This proceeding arises out of Cause No. 2020-CI-15071, styled *Samuel Forrester v. Home Depot U.S.A., Inc. d/b/a Home Depot and Terry Lee Donelson*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.